IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. KLASSY, | No. 2:16-cv-0106-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| FELICIA PONCE, | |
| Respondent. | |
| _____ / | |

  Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. <u>See</u> 28 U.S.C. § 636(c). The court issued an order to show cause on May 15, 2017, requiring petitioner to show cause why this action should not be summarily dismissed.

  No response to the court's order has been received. Petitioner was warned that failure to respond to the order to show cause may result in the dismissal of this action for the reasons outlined as well as for failure to prosecute and comply with court rules and orders.[1] <u>See</u>

---

[1] Although it appears from the file that the last order sent to petitioner was returned as undeliverable, petitioner was properly served. It is the responsibility of the parties to keep the

1

Local Rule 110.

        The undersigned finds it appropriate to dismiss this action for petitioner's failure to comply with court orders, and failure to allege he is in custody in violation of federal law. <u>See</u> 28 U.S.C. § 2241.

        Accordingly, IT IS HEREBY ORDERED that:

    1.    This action is dismissed; and

    2.    The Clerk of the Court is directed to close this case.

DATED: October 13, 2017

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE

---

court apprised of their address of record at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.